**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*, | ) | Case No. Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7   TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| A & M PRECISION MEASURING SERVICES, INC. | ) ) | Adv. Pro. No. 10-55374(MFW) |
| | ) | |
| A.T. KEARNEY, INC. | ) | Adv. Pro. No. 10-55375 (MFW) |
| | ) | |
| AERO TECHNICAL COMPONENTS, INC. | ) | Adv. Pro. No. 10-55377 (MFW) |
| | ) | |
| MMA PARTNERS, LLC, D/B/A AGILAIRE | ) | Adv. Pro. No. 10-55379 (MFW) |
| | ) | |
| APPLEGATES LANDING I, LP | ) | Adv. Pro. No. 10-55383 (MFW) |
| | ) | |
| ASTRONICS ADVANCED ELECTRONIC SYSTEMS CORP. | ) ) | Adv. Pro. No. 10-55384 (MFW) |
| | ) | |
| BE AEROSPACE, INC. | ) | Adv. Pro. No. 10-55387 (MFW) |
| | ) | |
| BAX GLOBAL INC., D/B/A DB SCHENKER | ) | Adv. Pro. No. 10-55388 (MFW) |
| | ) | |
| BISCO INDUSTRIES, INC. | ) | Adv. Pro. No. 10-55389 (MFW) |
| | ) | |
| BODE AERO SERVICES, INC. | ) | Adv. Pro. No. 10-55390 (MFW) |
| | ) | |
| BRASS CONTRACTING, INC. | ) | Adv. Pro. No. 10-55392 (MFW) |
| | ) | |
| C&D ZODIAC, INC. | ) | Adv. Pro. No. 10-55393 (MFW) |
| | ) | |
| CASTLE & COOKE AVIATION SERVICES, INC. | ) ) | Adv. Pro. No. 10-55394 (MFW) |
| | ) | |

| | | |
|---|---|---|
| CG & D, LLC | ) | Adv. Pro. No. 10-55395 (MFW) |
| COMMERCIAL DATA SYSTEMS, INC. | ) | Adv. Pro. No. 10-55396 (MFW) |
| DENVERE YON | ) | Adv. Pro. No. 10-55402 (MFW) |
| DUCOMMUN AEROSTRUCTURES, INC. | ) | Adv. Pro. No. 10-55406 (MFW) |
| WESTERN SKY INDUSTRIES, LLC, D/B/A ELECTROMECH TECHNOLOGIES | ) | Adv. Pro. No. 10-55408 (MFW) |
| EMPIRE SCREEN PRINTING, INC. | ) | Adv. Pro. No. 10-55409 (MFW) |
| ENCHANTMENT COFFEE, INC. | ) | Adv. Pro. No. 10-55410 (MFW) |
| ESCO AEROSPACE MFG, INC. | ) | Adv. Pro. No. 10-55411 (MFW) |
| FEDERAL EXPRESS CORPORATION | ) | Adv. Pro. No. 10-55412 (MFW) |
| GERMAN MACHINED PRODUCTS, INC. | ) | Adv. Pro. No. 10-55414 (MFW) |
| GLOBAL JET SERVICES, INC. | ) | Adv. Pro. No. 10-55415 (MFW) |
| HAMPSON AEROSPACE, INC. | ) | Adv. Pro. No. 10-55416 (MFW) |
| HANSHIN AIR CARGO USA INC. | ) | Adv. Pro. No. 10-55417 (MFW) |
| HARCO LABORATORIES, INC. | ) | Adv. Pro. No. 10-55418 (MFW) |
| HUB INTERNATIONAL OF CALIFORNIA, INC., SUCCESSOR IN INTEREST TO HUB INTERNATIONAL SOUTHWEST AGENCY LIMITED, INC. | ) | Adv. Pro. No. 10-55421 (MFW) |
| HUB TOOL AND SUPPLY, INC. | ) | Adv. Pro. No. 10-55425 (MFW) |
| GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC. DBA IKON FINANCIAL SERVICES | ) | Adv. Pro. No. 10-55428 (MFW) |
| IKON OFFICE SOLUTIONS, INC. | ) | Adv. Pro. No. 10-55431 (MFW) |
| INNOVATIVE SOLUTIONS AND SUPPORT, INC. | ) | Adv. Pro. No. 10-55433 (MFW) |
| INTERNETWORK EXPERTS, INC. | ) | Adv. Pro. No. 10-55441 (MFW) |

| | | |
|---|---|---|
| IRIDIUM SATELLITE LLC | ) | Adv. Pro. No. 10-55443 (MFW) |
| | ) | |
| ITECH US, INC. | ) | Adv. Pro. No. 10-55445 (MFW) |
| | ) | |
| JEPPESEN SANDERSON, INC. | ) | Adv. Pro. No. 10-55449 (MFW) |
| | ) | |
| JERAMES INDUSTRIES, INC, D/B/A JERAMES TOOL & MFG | ) ) | Adv. Pro. No. 10-55451 (MFW) |
| | ) | |
| JET MANUFACTURING, INC. | ) | Adv. Pro. No. 10-55452 (MFW) |
| | ) | |
| JOANG SHAEFFER-WILSCO | ) | Adv. Pro. No. 10-55453 (MFW) |
| | ) | |
| LARRY DEAN BEATHE | ) | Adv. Pro. No. 10-55458 (MFW) |
| | ) | |
| LEADER TECHNOLOGIES, INC. | ) | Adv. Pro. No. 10-55459 (MFW) |
| | ) | |
| LUMINESCENT SYSTEMS, INC. | ) | Adv. Pro. No. 10-55460 (MFW) |
| | ) | |
| MANUFACTURING TECHNOLOGIES, INC. | ) | Adv. Pro. No. 10-55461 (MFW) |
| | ) | |
| MEDIAWORKS ADVERTISING SPECIALTIES, INC. | ) ) | Adv. Pro. No. 10-55462 (MFW |
| | ) | |
| MEGGITT-OREGON, INC. | ) | Adv. Pro. No. 10-55463 (MFW) |
| | ) | |
| MEGGITT THERMAL SYSTEMS, INC. | ) | Adv. Pro. No. 10-55465 (MFW) |
| | ) | |
| MUNSCH HARDT KOPF & HARR, PC | ) | Adv. Pro. No. 10-55468 (MFW) |
| | ) | |
| THE NORDAM GROUP, INC. | ) | Adv. Pro. No. 10-55470 (MFW) |
| | ) | |
| PARKER ADVERTISING SERVICE, INC. | ) | Adv. Pro. No. 10-55472 (MFW) |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., D/B/A PEPSI BOTTLING GROUP LLC | ) ) | Adv. Pro. No. 10-55474 (MFW) |
| | ) | |
| PRECISION AEROSPACE CORP. | ) | Adv. Pro. No. 10-55475 (MFW) |
| | ) | |
| PRECISION AEROSTRUCTURES INC. | ) | Adv. Pro. No. 10-55476 (MFW) |
| | ) | |
| PRISMA GRAPHIC CORPORATION | ) | Adv. Pro. No. 10-55477 (MFW) |
| | ) | |
| HENRY PRODUCTION, INC., D/B/A PUMPS AND SERVICE | ) ) | Adv. Pro. No. 10-55478 (MFW) |

| | | |
|---|---|---|
| Q DATA USA, INC. | ) | Adv. Pro. No. 10-55479 (MFW) |
| QPM AEROSPACE, INC. | ) | Adv. Pro. No. 10-55480 (MFW) |
| RICHARD RYAN | ) | Adv. Pro. No. 10-55482 (MFW) |
| RIGHT HEMISPHERE, INC. | ) | Adv. Pro. No. 10-55483 (MFW) |
| RUSTY L. PICARD | ) | Adv. Pro. No. 10-55484 (MFW) |
| SALTAIRE OF CENTRAL FLORIDA, INC. | ) | Adv. Pro. No. 10-55485 (MFW) |
| SAMUEL S. RUSS | ) | Adv. Pro. No. 10-55486 (MFW) |
| SANDIA OFFICE SUPPLY, INC. | ) | Adv. Pro. No. 10-55487 (MFW) |
| SEAMECH INTERNATIONAL INC. | ) | Adv. Pro. No. 10-55488 (MFW) |
| STEICO INDUSTRIES, INC. | ) | Adv. Pro. No. 10-55495 (MFW) |
| MCNALLY INDUSTRIES, LLC, DBA SUN COUNTRY INDUSTRIES | ) | Adv. Pro. No. 10-55500 (MFW) |
| TATA AMERICA INTERNATIONAL CORPORATION | ) | Adv. Pro. No. 10-55501 (MFW) |
| TEXSTARS, INC. | ) | Adv. Pro. No. 10-55502 (MFW) |
| UNIFIRST CORPORATION | ) | Adv. Pro. No. 10-55505 (MFW) |
| VALERO MARKETING AND SUPPLY COMPANY | ) | Adv. Pro. No. 10-55508 (MFW) |
| VERIZON WIRELESS SERVICES, LLC | ) | Adv. Pro. No. 10-55510 (MFW) |
| WELCH EQUIPMENT COMPANY, INC. | ) | Adv. Pro. No. 10-55513 (MFW) |
| WILLIS OF NEW YORK, INC., DBA WILLIS GLOBAL AVIATION | ) | Adv. Pro. No. 10-55514 (MFW) |
| S-TEC CORPORATION, FORMERLY CHELTON FLIGHT SYSTEMS, INC. AND CHELTON FLIGHT SYSTEMS, INC. | ) | Adv. Pro. No. 10-55538 (MFW) |
| ALPHATECH GENERAL, INC. F/K/A | ) | Adv. Pro. No. 10-55541 (MFW) |

| | |
|---|---|
| AMERON GLOBAL, INC., D/B/A MASS SYSTEMS, AND AMETEK AMERON, LLC, SUCCESSOR IN INTEREST TO MASS SYSTEMS | ) ) ) ) ) |
| PRUDENTIAL REAL ESTATE AND RELOCATION SERVICES, INC., AND PRUDENTIAL RELOCATION, INC. | ) ) ) ) |

Adv. Pro. No. 10-55543 (MFW)

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL
DISCLOSURES AND PROPOSED SCHEDULING ORDER**

I, Robert W. Pedigo, certify that on March 10, 2011, I caused the Plaintiffs Initial Disclosures and Proposed Scheduling Order to be served upon the entities on the attached service lists in the manner indicated.

Dated:  March 10, 2011
       Wilmington, Delaware

COOCH AND TAYLOR, P.A.

*/s/ Robert W. Pedigo*
Robert W. Pedigo (#4047)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE   19801
Telephone: (302) 984-3800
Fax: (302) 984-3939
E-mail: rpedigo@coochtaylor.com

Attorney for Jeoffrey L. Burtch, Trustee