IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AE LIQUIDATION, INC., *et al.*, | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | Adv. Pro. No. 10-55543 (MFW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRUDENTIAL REAL ESTATE AND | ) | |
| RELOCATION SERVICES, INC., | ) | |
| AND PRUDENTIAL RELOCATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that Jeoffrey L. Burtch, Plaintiff, by and through his undersigned counsel, and pursuant to 28 U.S.C. §158(a) and pursuant to Rule 8001(a) of the Federal Rules of Bankruptcy Procedure and Rule 8001-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, hereby gives notice of its cross-appeal from the Opinion [Adv. Pro. D.I. 49] (the "Opinion") and accompanying Order [Adv. Pro. D.I. 50] (the "Order"), entered by the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, on July 17, 2013, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

PLEASE TAKE FURTHER NOTICE that the names of all parties (and other interested parties) to the Opinion and Order appealed from, and the names, addresses, telephone numbers, and electronic email addresses of their respective attorneys are set forth below:

1. **<u>Appellee and Cross-Appellant, Chapter 7 Trustee, Jeoffrey L. Burtch, Plaintiff</u>**

   COOCH AND TAYLOR, P.A.
   Paula C. Witherow, Esquire (De. No. 2851)
   Robert W. Pedigo, Esquire (De. No. 4047)
   M. Claire McCudden, Esquire (De. No. 5036)
   The Brandywine Building
   1000 West Street, 10th Floor
   Wilmington, DE 19801
   Tele: (302) 984-3800
   pwitherow@coochtaylor.com
   rpedigo@coochtaylor.com
   cmccudden@coochtaylor.com

2. **<u>Appellants and Cross-Appellees, Prudential Real Estate and Relocation Services and Prudential Relocation, Inc., Defendants</u>**

   GELLERT SCALI BUSENKELL & BROWN LLC
   Michael G. Busenkell
   913 Market Street, 10th Floor
   Wilmington, DE 19801
   Tele: (302) 425-5806
   mbusenkell@gsbblaw.com

   ROBINSON & COLE, LLP
   Joseph J. Clasen
   Brian J. Wheelin
   1055 Washington Blvd.
   Stamford, CT 06901
   Tele: (203) 462-7510
   jclasen@rc.com
   BWheelin@rc.com

*[Signature on following page]*

Dated: August 13, 2013

Respectfully submitted,

/s/ M. Claire McCudden
Robert W. Pedigo (De. No. 4047)
M. Claire McCudden (De. No. 5036)
The Brandywine Building
100 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE   19899-1680
Telephone: (302) 984-3809
Fax: (302) 984-3939
E-mail: cmccudden@coochtaylor.com

Attorneys for Chapter 7 Trustee