# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| AE LIQUIDATION, INC., et al. ) | Case No. 08-13031 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| _____) | |
| ) | |
| JEOFFREY L. BURTCH, ) | |
| CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 10-55543 (MFW) |
| ) | |
| PRUDENTIAL REAL ESTATE AND ) | |
| RELOCATION SERVICES, INC., ) | |
| AND PRUDENTIAL RELOCATION, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**O R D E R**

**AND NOW**, this **17th** day of **July, 2013,** after trial of this proceeding on and upon consideration of the parties' respective post-trial submissions, it is hereby

**ORDERED** that Judgment is entered in favor of the Trustee and against Prudential in the amount of $653,323.20.

BY THE COURT:

*[signature]*

Mary F. Walrath
United States Bankruptcy Judge

cc: Paula C. Witherow, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and the accompanying Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

M. Claire McCudden, Esquire
Robert W. Pedigo, Esquire
Paula C. Witherow, Esquire
Cooch and Taylor
The Brandywine Building
1000 West St., 10th Floor
Wilmington, DE 19801
Counsel for the Trustee

Charles J. Brown, Esquire
Michael G. Busenkell, Esquire
Joseph L. Clasen, Esquire
Geller Scali Busenkell & Brown LLC
913 Market Street, Suite 1001
Wilmington, DE 19801
Counsel for Prudential