**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| AE LIQUIDATION, INC., *et al.,* | ) | Case No. 08-13031 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| JEOFFREY L. BURTCH, | ) | |
| CHAPTER 7   TRUSTEE, | ) | |
| | ) | Adv. Pro. No. 10-55543 (MFW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRUDENTIAL REAL ESTATE AND | ) | |
| RELOCATION SERVICES, INC., | ) | |
| AND PRUDENTIAL RELOCATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF COMPLETION OF BRIEFING**

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") gives notice that Post Trial Breifing

pursuant to the Status Conference held on October 14, 2015 and the subsequent Order Approving

Stipulation On Briefing Schedule [Entered 10/28/2015, DN 78] is now complete.  The relevant

pleadings are as follows:

| Exhibit | Pleading | Filed | Docket |
|---|---|---|---|
| 1 | Pudential Relocation, Inc.'s Post Hearing Brief | 11/13/15 | 79 |
| 2 | Trustee's Opening Brief on Remand | 11/13/15 | 80 |
| 3 | Pudential Relocation, Inc.'s Reply Brief on Remand | 1/15/16 | 82 |
| 4 | Trustee's Reply Brief on Remand | 1/15/16 | 83 |

[Signature on next page]

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: January 22, 2016

2