# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

---

In re:                                                          :          Chapter 7

AE LIQUIDATION, INC., et al.,                :          Case No.: 08-13031 (MFW)

---                                                                        (Jointly Administered)

JEOFFREY L. BURTCH,                         :
CHAPTER 7 TRUSTEE                          :
                                                              :
                        Plaintiff,                  :          Adv. Pro. No. 10-55543-MFW

v.                                                          :

PRUDENTIAL REAL ESTATE AND        :
RELOCATION SERVICES, INC., and
PRUDENTIAL RELOCATION, INC.         :
                        Defendants.            :

---

## NOTICE OF REQUEST FOR ORAL ARGUMENT WITH RESPECT TO PRUDENTIAL RELOCATION, INC.'S POST HEARING BRIEF

Plaintiff Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") has filed his Notice of

Completion of Briefing [D.I. 84] regarding Prudential Relocation's Inc.'s Post Hearing Brief

[D.I. 79] (the "Brief") and it appears that briefing is complete.  Pursuant to Rule 7007-3 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Court"), Defendants Prudential Real Estate and Relocation Services,

Inc. and Prudential Relocation, Inc. hereby request that the Court schedule oral argument of the

Brief at the earliest convenience of the Court.

Dated: January 25, 2016
Wilmington, Delaware

GELLERT SCALI BUSENKELL &BROWN LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street Suite 300
Wilmington, DE 19801
302-425-5812

- and -

ROBINSON & COLE LLP
Joseph L. Clasen
1055 Washington Boulevard
Stamford, CT 06901
203-462-7500

*Attorneys for Prudential Real Estate and Relocation Services, Inc., and Prudential Relocation, Inc.*